IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )    CASE NO. 08-CV-2301
APPRENTICE & TRAINEE PROGRAM FUND )
                                 )    JUDGE DOW
              Plaintiffs, )
                                   )
v. )
                                     )
ACADEMY INTERIORS, INC. )
                                     )
              Defendant. )

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1.    Plaintiffs filed their complaint on April 22, 2008 and the summons and complaint was personally served on Tracy Freeman, Corporate Secretary and Administrative Assistant, on May 1, 2008 by the Process Server. **(Exhibit A, Affidavit of Service)**

2.    The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.    At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4.    The Defendant submitted the monthly contribution reports but failed to submit the ERISA contributions shown to be owed in the amount of $54,046.23 for the months of August 2007 through December 2007. The Defendant procured a bond in the amount of $20,000, which

the Plaintiffs will use to offset Defendant's unpaid ERISA contributions. The balance in ERISA contributions is therefore $34,046.23. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $3,338.56 for the period of December 2007. **(Exhibit B Affidavit of James Rosemeyer)**

5.      The Defendant owes interest on the unpaid ERISA contributions in the amount of $1,253.40 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). **(Exhibit B Affidavit of James Rosemeyer)**

6.      The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $5,455.07 for the period of August 2007 through December 2007 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii). **(Exhibit B Affidavit of James Rosemeyer)**

7.      The Defendant owes the sum of $1,697.50 for necessary and reasonable attorney fees and costs of $405.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). **(Exhibit C Affidavit of David P. Lichtman)**

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of **$46,195.76** and that, within ten days, the Defendant be ordered to produce reports and contributions for the period ACADEMY INTERIORS, INC..

Respectively submitted,


/s/ David P. Lichtman
Attorney for the Plaintiffs


David P. Lichtman (6290051)
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

ClientCaseID:   N7654 DPL
Law Firm ID:    WHITFIEL


*184259A*

CaseReturnDate:  5/13/08

Affidavit of  SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number **08CV2301**

I, KEITH R. BOCKELMANN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS
A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE
AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  Academy Interiors, Inc.
PERSON SERVED **TRACY FREEMAN, ADMINISTRATIVE ASSISTANT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 5/1/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** FEMALE | **Race** | WHITE | **Age** | 34 | |
| **Height** 5'5" | **Build** | MEDIUM | **Hair** | BLACK | |

LOCATION OF SERVICE   **223 E. Depot St.**
**Antioch, IL, 60002**

Date Of Service   5/1/08                  Time of Service   3:37 PM

*KEITH R. BOCKELMANN*                              5/6/2008
SPECIAL PROCESS SERVER
P.E.R.C.  0129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned
certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such
matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )
APPRENTICE & TRAINEE PROGRAM FUND, )
)  Case No. 08-CV-2301
               Plaintiffs, )
v. )  Judge DOW
)
)
ACADEMY INTERIORS, INC. )
)
               Defendants. )

## DECLARATION OF JAMES ROSEMEYER

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury

that the following is true and correct:

1.     I am the Manager of the Employer Contributions Department for the Chicago

Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters

Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make

this Declaration on behalf of the Trust Funds.

2.     The Defendant executed an Agreement with the Chicago Regional Council of

Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining

Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.     Pursuant to the provisions of the Agreement and the Collective Bargaining

Agreements, the Defendant agreed to be bound by the provisions of the Agreements and

Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.    Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5.    The Defendant submitted the contribution reports for the period August 2007 through December 2007 but did not pay the contributions. The reports show that $54,046.23 is owed in ERISA contributions. The Defendant has procured a $20,000 bond, which the Plaintiff will use to offset the unpaid ERISA contributions. The Defendant, therefore, owes a balance of $34,046.23 in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $3,338.56 for the period of December 2007.

6.    Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $5,455.07 for the period of August 2007 through December 2007.

6.    The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. § 1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $1,253.40.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:

James Rosemeyer, Contributions Manager

20629  ACADEMY INTERIORS INC
   23685 W BAYVIEW DR
   ANTIOCH    IL 60002

|         | FRINGES     | DUES       | LD'S       | INTEREST   |
|---------|-------------|------------|------------|------------|
| Oct-07  | $34.53      | $0.00      | $3.79      | $1.25      |
| Nov-07  | $0          | $0.00      | $1,084.31  | $0         |
| Dec-07  | $53,868.34  | $3,338.56  | $4,163.16  | $1,246.20  |
| TOTAL   | $53,902.87  | $3,338.56  | $5,251.26  | $1,247.45  |

50429  ACADEMY INTERIORS INC
   23685 W BAYVIEW DR
   ANTIOCH    IL 60002

|         | FRINGES   | DUES   | LD'S      | INTEREST   |
|---------|-----------|--------|-----------|------------|
| Aug-07  | $143.36   | $0     | $120.98   | $7.20      |
| Sep-07  | $0        | $0     | $41.71    | $0         |
| Sep-07  | $0        | $0     | $41.12    | $0         |
| TOTAL   | $143.36   | $0     | $203.81   | $7.20      |

TOTAL AMOUNT DUE BOTH ACCOUNTS   $64,094.31
BOND RECOVERY   $20,000.00

   $44,094.31

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through May 27, 2008

## Employer Information

**File Number** 50429
**Name** ACADEMY INTERIORS INC
**Address** 23685 W BAYVIEW DR
**City, State** ANTIOCH, IL. 60002-0225
**Telephone**

Page Number 1 of 3
Reference Number: 8-106
Date Printed: 05/23/2008

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest(1) | Total Due |
|---|---|---|---|---|
| August, 2007 | $ 143.36 | $ 20.56 | $ 7.20 | $ 171.12 |
| Grand Total | $ 143.36 | $ 20.56 | $ 7.20 | $ 171.12 |

(1) See Attached Computation
**Total Amount Due : $ 171.12 If Paid by May 27, 2008**

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through May 27, 2008

### Employer Information

**File Number**  50429
**Name**         ACADEMY INTERIORS INC
**Address**      23685 W BAYVIEW DR
**City, State**  ANTIOCH, IL. 60002-0225
**Telephone**

Page Number 2 of 3
Reference Number:  8-106
Date Computed: 05/23/2008

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| August, 2007 | $  143.36 | $  143.36 | 9 | $  20.56 | $  20.56 |
| Total | $  143.36 | | | $  20.56 | $  20.56 |

(2) 1.50% Compounded per Month (or portion thereof)

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through May 27, 2008

| Employer Information | |
|---|---|
| **File Number** 50429 | |
| **Name** ACADEMY INTERIORS INC | Page Number 3 of 3 |
| **Address** 23685 W BAYVIEW DR | Reference Number:  8-106 |
| **City, State** ANTIOCH, IL. 60002-0225 | Date Computed: 05/23/2008 |
| **Telephone** | |

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| August, 2007 | $  143.36 | $  143.36 | 09/21/2007 – 05/27/2008 | | 250 | $  7.20 | $  7.20 |
| **Total** | $  143.36 | | | | | | $  7.20 |

(3) Compounded Daily per Internal Revenue Code Section 6621

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through May 27, 2008

**Employer Information**

| File Number | 20629 |
| Name | ACADEMY INTERIORS INC |
| Address | 23685 W BAYVIEW DR |
| City, State | ANTIOCH, IL. 60002-0225 |
| Telephone | |

Page Number 2 of 3
Reference Number:  8-105
Date Computed: 05/23/2008

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| October, 2007 | $ 34.53 | $ 34.53 | 7 | $ 3.79 | $ 3.79 |
| December, 2007 | 53,868.34 | 53,868.34 | 5 | 4,163.16 | 4,163.16 |
| Total | $ 53,902.87 | | | | $ 4,166.95 |

*(2) 1.50% Compounded per Month (or portion thereof)*

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through May 27, 2008

### Employer Information

| | |
|---|---|
| **File Number** | 20629 |
| **Name** | ACADEMY INTERIORS INC |
| **Address** | 23685 W BAYVIEW DR |
| **City, State** | ANTIOCH, IL. 60002-0225 |
| **Telephone** | |

Page Number 3 of 3
Reference Number:  8-105
Date Computed: 05/23/2008

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| October, 2007 | $   34.53 | $   34.53 | 11/21/2007 - 05/27/2008 | | 189 | $   1.25 | $   1.25 |
| December, 2007 | 53,868.34 | 53,868.34 | 01/21/2008 - 05/27/2008 | | 128 | 1,246.20 | 1,246.20 |
| Total | $ 53,902.87 | | | | | $ 1,247.45 | |

(3) Compounded Daily per Internal Revenue Code Section 6621

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through May 27, 2008

### Employer Information

| | |
|---|---|
| **File Number** 20629 | |
| **Name** ACADEMY INTERIORS INC | Page Number 1 of 3 |
| **Address** 23685 W BAYVIEW DR | Reference Number:  8-105 |
| **City, State** ANTIOCH, IL. 60002-0225 | Date Printed: 05/23/2008 |
| **Telephone** | |

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest(1) | Total Due |
|---|---|---|---|---|
| October, 2007 | $      34.53 | $      3.79 | $      1.25 | $      39.57 |
| December, 2007 | 53,868.34 | 4,163.16 | 1,246.20 | 59,277.70 |
| **Grand Total** | $  53,902.87 | $  4,166.95 | $  1,247.45 | $  59,317.27 |

(1) See Attached Computation
**Total Amount Due : $ 59,317.27 If Paid by May 27, 2008**

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL          )
COUNCIL OF CARPENTERS PENSION FUND,       )
CHICAGO REGIONAL COUNCIL OF               )
CARPENTERS WELFARE FUND, and CHICAGO      )
REGIONAL COUNCIL OF CARPENTERS            )       CASE NO. 08-CV-2301
APPRENTICE & TRAINEE PROGRAM FUND         )
                                          )       JUDGE DOW
                 Plaintiffs,              )
                                          )
         v.                               )
                                          )
ACADEMY INTERIORS, INC.                   )
                                          )
                 Defendant.               )


**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury

that the following is true and correct:

1.      I am an associate in the law firm of Whitfield McGann & Ketterman and one of

the attorneys for Plaintiffs in the above captioned matter.  I am licensed to practice law in the

State of Illinois and for the United States District Court for the Northern District of Illinois. I

make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2.      I have personal knowledge of the facts stated herein and am competent to give

testimony as recited herein and from my own personal knowledge.

3.      The Collective Bargaining Agreement and the Trust Agreements under which this

action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and

costs incurred for failure of a signatory contractor to pay contributions in accordance with those

Agreements.

4.      I, David P. Lichtman, have devoted 9.7 hours in connection with the above-captioned case at the rate of $175.00 per hour. My total billings are $1,697.50.

5.      In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00.  These costs total $405.00.

6.      I certify that the attached detailed attorney fees and costs totaling $2,102.50 were necessary and reasonable.

7.      Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Russell T. Freeman, Registered Agent of ACADEMY INTERIORS, INC., at 223 E. Depot Street, Antioch, IL 60002.


Dated May 28, 2008



David P. Lichtman


Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

---

Selection Criteria

---

| | |
|---|---|
| Slip.Date | Earliest - 5/27/2008 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7654/20629 |

---

Rate Info - identifies rate source and level

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 356466          TIME | ~~CPW~~ | ~~0.00~~ | ~~130.00~~ | ~~30.00~~ |
| 4/22/2008 | ~~Lexis~~ | 0.00 | A@1 | |
| Billed          G:73383        5/1/2008 | CTF-C./N7654/20629 | 0.00 | | |
| Search Illinois Secretary of State database for corporate information including registered agent of the corporation for purposes of service; search for related companies; perform asset search of company and principals. | | 0.00 | | |
| 356467          TIME | DPL | 2.00 | 175.00 | 350.00 |
| 4/22/2008 | Billable | 0.00 | T@7 | |
| Billed          G:73383        5/1/2008 | CTF-C./N7654/20629 | 0.00 | | |
| Prepared summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and THA Sec. 301. | | 0.00 | | |
| 356465          TIME | DPL | 0.50 | 175.00 | 87.50 |
| 4/22/2008 | Billable | 0.00 | T@7 | |
| Billed          G:73383        5/1/2008 | CTF-C./N7654/20629 | 0.00 | | |
| Review referral from Trust funds on 04/21/08; prepare file; review corporate status and registered agent information for legal process. | | 0.00 | | |
| 356547          TIME | DPL | 0.40 | 175.00 | 70.00 |
| 4/23/2008 | Billable | 0.00 | T@7 | |
| Billed          G:73383        5/1/2008 | CTF-C./N7654/20629 | 0.00 | | |
| Review complaint filed at the Federal Court; enter pertinent information (e.g., filing date, case number and assigned judge) into database; review judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file/databse regarding same. | | 0.00 | | |
| 356576          TIME | DPL | 1.00 | 175.00 | 175.00 |
| 4/23/2008 | Billable | 0.00 | T@7 | |
| Billed          G:73383        5/1/2008 | CTF-C./N7654/20629 | 0.00 | | |
| Prepare correspondence to legal process server Scott Forrest Stern & Associates, Inc. | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| regarding service of the summons and complaint on the defendant; prepare coorrespondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filing of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | | | | |
| 357033          TIME<br>4/29/2008<br>Billed          G:73383          5/1/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before Judge Honorable Robert M. Dow, Jr:  The Court's review of the complaint indicates that it is appropriate to give this ERISA case expedited treatment. The parties are authorized to proceed with all discovery. Discovery to be completed by 8/22/08. Plaintiff to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) by 6/20/08. Parties to file a joint status report by 6/27/08. (See Judges Web Page for Status Report) Status hearing set for 7/3/08 at 9:00a.m. Plaintiff should notify all other parties of the court's order; download documents to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 357436          EXP<br>5/1/2008<br>WIP<br>FILING FEE (4/22/08) | CPW<br>$DC<br>CTF-C./N7654/20629 | 1 | 350.00 | 350.00 |
| 357594          TIME<br>5/9/2008<br>WIP<br>e-mail Trust Fund Manager James T. Rosemeyer and Rich Oginski, Trust Fund Field Rep., regarding service of the complaint. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 357592          TIME<br>5/9/2008<br>WIP<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding the proof of filing the summons returned as executed; download documents to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 357593          TIME<br>5/9/2008<br>WIP<br>Review Scott Forrest Stern & Associates, Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. District Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 357907          TIME<br>5/16/2008<br>WIP<br>Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 358273          TIME<br>5/22/2008<br>WIP<br>Prepare affidavit for Trust Fund Manager James T. Rosemeyer in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit contributions, and calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Rosemeyer regarding the affidavit and request for execution. | DPL<br>Billable<br>CTF-C./N7654/20629 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 358274          TIME<br>5/22/2008<br>WIP<br>Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U.S. District Court web site to verify the date and time that the presiding Judge hears  motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to answer or otherwise plead. | DPL<br>Billable<br>CTF-C./N7654/20629 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |

| Slip ID | | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Case | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 358275 | TIME | DPL | 0.50 | 175.00 | 87.50 |
| 5/22/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7654/20629 | 0.00 | | |
| Prepare a proposed judgment in support of the Trust Funds motion; calculate all amounts owed. | | | 0.00 | | |
| 358276 | TIME | DPL | 0.75 | 175.00 | 131.25 |
| 5/22/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7654/20629 | 0.00 | | |
| Review file for all entries for the attorney billings and costs incurred; compare with work performed on the file; prepare attorney fee declaration / affidavit and exhibits; incorporate amounts into the motion and judgment order; prepare the document for electronic filing. | | | 0.00 | | |
| 358315 | TIME | DPL | 0.10 | 175.00 | 17.50 |
| 5/23/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7654/20629 | 0.00 | | |
| Receive and review document from Rich Oginski, Trust Fund Field Rep. regarding summary of contributions, liquidated damages, and interest due for the period August 2007 through December 2007. | | | 0.00 | | |

| Grand Total | | | | |
|---|---|---|---|
| | Billable | ~~10.00~~ | ~~2066.50~~ |
| | Unbillable | 0.00 | 0.00 |
| | Total | ~~10.00~~ | ~~2066.50~~ |

*[handwritten:]*
9.7 @ $175.00 = $1,697.5
filing = $350.00
svc = $55.00

Case 1:08-cv-02301   Document 8-4   Filed 05/29/2008   Page 8 of 8

| STERN PROCESS & INVESTIGATION, LLC | TaxId:04-3801615 |
|---|---|
| 205 W. RANDOLPH ST 730 CHICAGO, IL, 60606 | Phone:(312) 853 - 2150    Fax:(312) 853 - 3119 |

**WHITFIELD, MCGANN & KETTERMAN**
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601     Phone    (312)-251-9700     Fax   (312)-251-9701

**Plaintiff:** Trustees of the Chicago Regional Counci of Carpenters Pension Fund, et al.     **Client Case#** N7654 DPL     **Court Case#** 08CV2301

**County:** UNITED STATES DISTRICT COURT

---

**Invoice#** 184259     **Server Name:** KEITH R. BOCKELMANN
**Defendant 1:** Academy Interiors, Inc.   CORPORATE SERVICE   TRACY FREEMAN, ADMINISTRATIVE ASSISTANT
**Defendant 2:**

**Date of Service:** 5/1/2008   **Service Time:** 3:37:00 PM   **Invoice Date:** 5/6/2008   **Final Invoice Date:** 5/8/2008

**Location of Service** 223 E. Depot St. , Antioch, IL, 60002

| Delivery Charge | Bad Address | Filing | Database Charge | Skip Trace | Rush | Investigation | Mileage | Total |
|---|---|---|---|---|---|---|---|---|
| $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.00 |

**Case Return Date:** 5/13/2008     **Payment Date:**     **Amount Received:** $0.00     **Check No:**

---

| | |
|---|---|
| **Grand Total:** | $55.00 |
| **Amount Received:** | $0.00 |
| **Balance Due:** | $55.00 |