IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) | CASE NO. 08-CV-2301 |
| | ) | JUDGE DOW |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ACADEMY INTERIORS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1.      Plaintiffs filed their complaint on April 22, 2008 and the summons and complaint was personally served on Tracy Freeman, Corporate Secretary and Administrative Assistant, on May 1, 2008 by the Process Server. **(Exhibit A, Affidavit of Service)**

2.      The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.      At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4.      The Defendant submitted the monthly contribution reports for the period August 2007 through May 2008 but did not pay the contributions. The reports show that $161,131.23 is owed in ERISA contributions. The Defendant also failed to remit the union dues it withheld

from the employees' wages.  The amount of dues withheld is $10,692.38 for the period of December 2007 through May 2008.  (**Exhibit B, Affidavit of James Rosemeyer**)

5.    The Defendant owes interest on the unpaid ERISA contributions in the amount of $1,254.65 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). (**Exhibit B**)

6.    The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $10,209.76 for the period of August 2007 through May 2008 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii). (**Exhibit B**)

7.    The Defendant has procured a bond in the amount of $20,000, which the Plaintiffs will use to offset the amount of ERISA contributions owed by the Defendant.  (**Exhibit B**)

8.    The Defendant owes the sum of $1,872.50 for necessary and reasonable attorney fees and costs of $405.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).  (**Exhibit C, Affidavit of David P. Lichtman**)

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $**118,519.52** and that, within ten days, the Defendant be ordered to produce reports and contributions for the period ACADEMY INTERIORS, INC..

Respectively submitted,


/s/ David P. Lichtman
Attorney for the Plaintiffs


David P. Lichtman (6290051)
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT LIST

### EXHIBIT A
Affidavit of Service, Special Process Server

### EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James D. Rosemeyer, Contributions Manager

### EXHIBIT C
Sworn Declaration Pursuant to 28 U.S.C.A. § 1746
David P. Lichtman, Plaintiffs' Attorney

# EXHIBIT A

ClientCaseID:   N7654 DPL
Law Firm ID:    WHITFIEL



\* 1 8 4 2 5 9 A \*

CaseReturnDate:   5/13/08

**Affidavit of SPECIAL PROCESS SERVER**

# UNITED STATES DISTRICT COURT

Case Number **08CV2301**

I, KEITH R. BOCKELMANN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

# CORPORATE SERVICE

THAT I SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED  DEFENDANT  **Academy Interiors, Inc.**
PERSON SERVED **TRACY FREEMAN, ADMINISTRATIVE ASSISTANT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **5/1/08**

That the sex, race and approximate age of the person whom I left the    **SUMMONS AND COMPLAINT** are as follow:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 34 |
| **Height** | 5'5" | **Build** | MEDIUM | **Hair** | BLACK |

LOCATION OF SERVICE   **223 E. Depot St.
Antioch, IL, 60002**

Date Of Service   **5/1/08**

Time of Service   **3:37 PM**

KEITH R. BOCKELMANN                     5/6/2008
**SPECIAL PROCESS SERVER**
P.E.R.C.  0129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) | |
| | ) | Case No. 08-CV-2301 |
| Plaintiffs, | ) | |
| v. | ) | Judge DOW |
| | ) ) | |
| ACADEMY INTERIORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JAMES ROSEMEYER

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury that the following is true and correct:

1.     I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.     The Defendant executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.     Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.    Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5.    The Defendant submitted the contribution reports for the period August 2007 through May 2008 but did not pay the contributions.  The reports show that $161,131.23 is owed in ERISA contributions.  The Defendant also failed to remit the union dues it withheld from the employees' wages.  The amount of dues withheld is $10,692.38 for the period December 2007 through May 2008.

6.    Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $10,209.76 for the period August 2007 through May 2008.

7.    The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. § 1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $1,254.65.

8.    The Defendant previously procured a bond in the amount of $20,000, which the Plaintiffs will use to offset the amounts owed by the Defendant in ERISA contributions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: 6-18-08

_____
James Rosemeyer, Contributions Manager

2

20629  ACADEMY INTERIORS INC
    23685 W BAYVIEW DR
    ANTIOCH    IL 60002

|  | FRINGES | DUES | LD'S | INTEREST |
|---|---|---|---|---|
| Oct-07 | $34.53 | $0.00 | $3.79 | $1.25 |
| Nov-07 | $0 | $0.00 | $1,084.31 | $0 |
| Dec-07 | $53,868.34 | $3,338.56 | $4,163.16 | $1,246.20 |
| Jan-08 | $43,329.00 | $2,975.52 | $2,036.46 | |
| Feb-08 | $18,480.00 | $1,269.07 | $1,134.67 | |
| Mar-08 | $18,480.00 | $1,269.07 | $844.54 | |
| Apr-08 | $22,176.00 | $1,522.89 | $669.72 | |
| May-08 | $4,620.00 | $317.27 | $69.30 | |
| TOTAL | $160,987.87 | $10,692.38 | $10,005.95 | $1,247.45 |

50429  ACADEMY INTERIORS INC
    23685 W BAYVIEW DR
    ANTIOCH    IL 60002

|  | FRINGES | DUES | LD'S | INTEREST |
|---|---|---|---|---|
| Aug-07 | $143.36 | $0 | $120.98 | $7.20 |
| Sep-07 | $0 | $0 | $41.71 | $0 |
| Sep-07 | $0 | $0 | $41.12 | $0 |
| TOTAL | $143.36 | $0 | $203.81 | $7.20 |

| | |
|---|---|
| TOTAL BOTH ACCOUNTS | $183,288.02 |
| BOND RECOVERY | $20,000.00 |
| TOTAL AMOUNT DUE | $163,288.02 |

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS ) CASE NO. 08-CV-2301
APPRENTICE & TRAINEE PROGRAM FUND, )
) JUDGE DOW
Plaintiffs, )
)
v. )
)
ACADEMY INTERIORS, INC. )
)
Defendant. )

**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury

that the following is true and correct:

1.      I am an associate in the law firm of Whitfield McGann & Ketterman and one of

the attorneys for Plaintiffs in the above captioned matter.  I am licensed to practice law in the

State of Illinois and for the United States District Court for the Northern District of Illinois. I

make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2.      I have personal knowledge of the facts stated herein and am competent to give

testimony as recited herein and from my own personal knowledge.

3.      The Collective Bargaining Agreement and the Trust Agreements under which this

action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and

costs incurred for failure of a signatory contractor to pay contributions in accordance with those

Agreements.

4.      I, David P. Lichtman, have devoted 10.7 hours in connection with the above-captioned case at the rate of $175.00 per hour. My total billings are $1,872.50.

5.      In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00.  These costs total $405.00.

6.      I certify that the attached detailed attorney fees and costs totaling $2,277.50 were necessary and reasonable.

7.      Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Russell T. Freeman, Registered Agent of ACADEMY INTERIORS, INC., at 223 E. Depot Street, Antioch, IL 60002.


Dated:  June 18, 2008



David P. Lichtman


Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

5/27/2008                                WHITFIELD, McGANN & KETTERMAN
12:02 PM                                          Slip Listing                                    Page          1

---

### Selection Criteria

| | |
|---|---|
| Slip.Date | Earliest - 5/27/2008 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7654/20629 |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 356466          TIME<br>4/22/2008<br>Billed          G:73383          5/1/2008<br>Search Illinois Secretary of State database<br>for corporate information including registered<br>agent of the corporation for purposes of<br>service; search for related companies;<br>perform asset search of company and<br>principals. | ~~GPW~~<br>~~Lexis~~<br>CTF-C./N7654/20629 | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~130.00~~<br>A@1 | ~~30.00~~ |
| 356467          TIME<br>4/22/2008<br>Billed          G:73383          5/1/2008<br>Prepared summons, complaint, appearance<br>forms and civil cover sheet for Trust Funds'<br>claims and compliance matters pursuant to<br>ERISA Sec. 1132, 1145 and THA Sec. 301. | DPL<br>Billable<br>CTF-C./N7654/20629 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 356465          TIME<br>4/22/2008<br>Billed          G:73383          5/1/2008<br>Review referral from Trust funds on<br>04/21/08; prepare file; review corporate<br>status and registered agent information for<br>legal process. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 356547          TIME<br>4/23/2008<br>Billed          G:73383          5/1/2008<br>Review complaint filed at the Federal Court;<br>enter pertinent information (e.g., filing date,<br>case number and assigned judge) into<br>database; review judge's standing order<br>regarding pre-trial litigation, motion practice<br>and status hearing dates; update file/databse<br>regarding same. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 356576          TIME<br>4/23/2008<br>Billed          G:73383          5/1/2008<br>Prepare correspondence to legal process<br>server Scott Forrest Stern & Associates, Inc. | DPL<br>Billable<br>CTF-C./N7654/20629 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

5/27/2008                         WHITFIELD, McGANN & KETTERMAN
12:02 PM                                   Slip Listing                                    Page          2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| regarding service of the summons and complaint on the defendant; prepare corrrespondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filing of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | | | | |
| 357033        TIME<br>4/29/2008<br>Billed        G:73383        5/1/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before Judge Honorable Robert M. Dow, Jr:  The Court's review of the complaint indicates that it is appropriate to give this ERISA case expedited treatment. The parties are authorized to proceed with all discovery. Discovery to be completed by 8/22/08. Plaintiff to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) by 6/20/08. Parties to file a joint status report by 6/27/08. (See Judges Web Page for Status Report) Status hearing set for 7/3/08 at 9:00a.m. Plaintiff should notify all other parties of the court's order; download documents to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.25<br>0:00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 357436        EXP<br>5/1/2008<br>WIP<br>FILING FEE (4/22/08) | CPW<br>$DC<br>CTF-C./N7654/20629 | 1 | 350.00 | 350.00 |
| 357594        TIME<br>5/9/2008<br>WIP<br>e-mail Trust Fund Manager James T. Rosemeyer and Rich Oginski, Trust Fund Field Rep., regarding service of the complaint. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 357592        TIME<br>5/9/2008<br>WIP<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding the proof of filing the summons returned as executed; download documents to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |

5/27/2008
12:02 PM

WHITFIELD, McGANN & KETTERMAN
Slip Listing

Page        3

| Slip ID | | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Case | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 357593 | TIME | DPL | 0.40 | 175.00 | 70.00 |
| 5/9/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7654/20629 | 0.00 | | |
| Review Scott Forrest Stern & Associates, Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. District Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | | | 0.00 | | |
| 357907 | TIME | DPL | 0.50 | 175.00 | 87.50 |
| 5/16/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7654/20629 | 0.00 | | |
| Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code. | | | 0.00 | | |
| 358273 | TIME | DPL | 1.00 | 175.00 | 175.00 |
| 5/22/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7654/20629 | 0.00 | | |
| Prepare affidavit for Trust Fund Manager James T. Rosemeyer in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit contributions, and calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Rosemeyer regarding the affidavit and request for execution. | | | 0.00 | | |
| 358274 | TIME | DPL | 2.00 | 175.00 | 350.00 |
| 5/22/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-C./N7654/20629 | 0.00 | | |
| Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U.S. District Court web site to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to answer or otherwise plead. | | | 0.00 | | |

5/27/2008                          WHITFIELD, McGANN & KETTERMAN
12:02 PM                                      Slip Listing                                         Page          4

| Slip ID Dates and Time Posting Status Description | ATTORNEY Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 358275     TIME<br>5/22/2008<br>WIP<br>Prepare a proposed judgment in support of the Trust Funds motion; calculate all amounts owed. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 358276     TIME<br>5/22/2008<br>WIP<br>Review file for all entries for the attorney billings and costs incurred; compare with work performed on the file; prepare attorney fee declaration / affidavit and exhibits; incorporate amounts into the motion and judgment order; prepare the document for electronic filing. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |
| 358315     TIME<br>5/23/2008<br>WIP<br>Receive and review document from Rich Oginski, Trust Fund Field Rep. regarding summary of contributions, liquidated damages, and interest due for the period August 2007 through December 2007. | DPL<br>Billable<br>CTF-C./N7654/20629 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |

Grand Total

|  | Billable | ~~10.00~~ | | ~~2086.50~~ |
|---|---|---|---|---|
|  | Unbillable | 0.00 | | 0.00 |
|  | Total | ~~10.00~~ | | ~~2086.50~~ |

9.7 @ $175.00 = $1,697.5

filing = $350.00

svc = $55.00

Case 1:08-cv-02301    Document 11-5    Filed 06/18/2008    Page 8 of 8
Scott Forrest Stern & Associates - Job Status Report    Page 1 of 1
Case 1:08-cv-02301    Document 8-4    Filed 05/29/2008    Page 8 of 8

| **STERN PROCESS & INVESTIGATION, LLC** | TaxId:04-3801615 |
|---|---|
| 205 W. RANDOLPH ST 730 | |
| CHICAGO, IL, 60606 | Phone:(312) 853 - 2150   Fax:(312) 853 - 3119 |

**WHITFIELD, MCGANN & KETTERMAN**
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601    Phone    (312)-251-9700    Fax    (312)-251-9701

Plaintiff: Trustees of the Chicago Regional Counci of Carpenters Pension Fund, et al.    Client Case#  N7654 DPL    Court Case#  08CV2301

County: UNITED STATES DISTRICT COURT

Invoice#    184259    Server Name:    KEITH R. BOCKELMANN
Defendant 1: Academy Interiors, Inc.    CORPORATE SERVICE    TRACY FREEMAN, ADMINISTRATIVE ASSISTANT
Defendant 2:

Date of Service:    5/1/2008    Service Time:    3:37:00 PM    Invoice Date:    5/6/2008    Final Invoice Date:    5/8/2008

Location of Service 223 E. Depot St. , Antioch, IL, 60002

| Delivery Charge | Bad Address | Filing | Database Charge | Skip Trace | Rush | Investigation | Mileage | Total |
|---|---|---|---|---|---|---|---|---|
| $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.00 |

Case Return Date:    5/13/2008    Payment Date:    Amount Received:    $0.00    Check No:

Grand Total:    $55.00
Amount Received:    $0.00
Balance Due:    $55.00