IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>ACADEMY INTERIORS, INC.<br><br>    Defendant. | CASE NO. 08-CV-2310<br><br>JUDGE DOW |

## NOTICE OF MOTION

To:  ACADEMY INTERIORS, INC.
      c/o Russell T. Freeman, registered agent
      223 E. DEPOT STREET
      ANTIOCH, IL 60002

   PLEASE TAKE NOTICE that on **Tuesday, June 24, 2008** I shall appear before the Honorable Judge Robert M. Dow at approximately 9:15 a.m. in Courtroom 1919 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

                               TRUSTEES of the CHICAGO REGIONAL COUNCIL
                               OF CARPENTERS PENSION FUND, et al.

                               /s/  David P. Lichtman

## CERTIFICATE OF SERVICE

   I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on June 18, 2008
                               /s/ David P. Lichtman

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701
Attorney No. 6290051

Case 1:08-cv-02301   Document 12   Filed 06/18/2008   Page 2 of 2