# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2301 | **DATE** | 6/25/2008 |
| **CASE TITLE** | TRUSTEES vs. ACADEMY INTERIORS, INC. | | |

**DOCKET ENTRY TEXT**

Enter judgment order. It is hereby ordered, adjudged and decreed that judgment is entered on behalf of the plaintiffs and against the defendant, Academy Interiors, Inc. In the sum of $165,565.52.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|