IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>Plaintiffs,<br><br>v.<br><br>ACADEMY INTERIORS, INC.<br><br>Defendant. | CASE NO. 08-CV-2301<br><br>JUDGE DOW |

**JUDGMENT ORDER**

The Plaintiffs filed their Complaint on April 22, 2008 and the Defendant were served with copies of Summons and Complaint; and

The Defendant have failed to answer or otherwise plead; and

Upon application of the Plaintiffs for Default Judgment and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer for relief in the Complaint of this action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, ACADEMY INTERIORS, INC. the sum of $165,565.52 representing the following amounts:

a) ERISA Contributions (09/2007 – 05/2008)
reduced by $20,000 bond    $ 141,131.23

b) Interest on ERISA Contributions (09/2007 – 05/2008)    $ 1,254.65

c) Liquidated Damages (09/2007 – 05/2008)    $ 10,209.76

| | |
|---|---:|
| d) Dues (12/2007 – 05/2008) | $ 10,692.38 |
| e) Attorney Fees and Costs | $ 2,277.50 |
| **TOTAL** | **$ 165,565.52** |

The Court will retain jurisdiction solely to enter judgment for the contributions shown to be owed and statutory damages pursuant to ERISA Section 1132(g)(2).

ENTERED:

_____
JUDGE ROBERT M. DOW
UNITED STATES DISTRICT JUDGE

DATED: June 25, 2008